IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO GIORDANO, M.D. | : | CIVIL ACTION |
| v. | : | |
| PIER PAOLO CLAUDIO, M.D., ET AL. | : | NO. 09-1456 |

## ORDER

**AND NOW**, this 13th day of May, 2010, upon consideration of Plaintiff/Counterclaim Defendant Antonio Giordano, M.D.'s Motion to Dismiss the Amended Counterclaims Filed by Defendants/Counterclaim Plaintiffs Pier Paolo Claudio, M.D. and Robert R. Waters, Esq. (Doc. No. 31), and all concomitant briefing, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED** as to Counts 2, 4, 8, and 9, and those counterclaims are **DISMISSED**.

2. The Motion to Dismiss is **DENIED** as to Counts 1, 3, 5, 6, 7, and 10.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.